1536

## CASE ANNOUNCEMENTS

*February 2, 2011*

[Cite as *02/02/2011 Case Announcements #2*, 2011-Ohio-440.]

## DISCIPLINARY CASES

2010–1894.   Cincinnati Bar Assn. v. Trainor.
This cause is before the court upon the filing by respondent of a motion to vacate the court's order of January 24, 2011. Upon consideration thereof, the motion is denied.

## CASE ANNOUNCEMENTS

*February 3, 2011*

[Cite as *02/03/2011 Case Announcements*, 2011-Ohio-447.]

## MOTION AND PROCEDURAL RULINGS